## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MALE PERFORMANCE MEDICAL PARTERNSHIP, LLC and MEDICAL PARTNERSHIP, LLC,<br><br>Plaintiffs<br><br>v.<br><br>79 LLC and ATLANTA HEALH CLINIC, LLC,<br><br>Defendants | Case No.: 2:18-cv-01731-APG-CWH<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of the allegations in the amended complaint (ECF No. 6),

IT IS ORDERED that the order to show cause (ECF No. 3) is deemed satisfied and I will not dismiss this case for lack of subject matter jurisdiction at this time. However, the plaintiffs remain responsible for proving that this court has subject matter jurisdiction over this case.

DATED this 20th day of September, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE