# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MALE PERFORMANCE MEDICAL PARTNERSHIP, LLC, et al., | |
| Plaintiffs, | Case No. 2:18-cv-01731-APG-CWH |
| vs. | **ORDER** |
| 79 LLC, | |
| Defendant. | |

Presently before the court is the law firm of Howard & Howard Attorneys PLLC's motion to withdraw as counsel for plaintiffs (ECF No. 12), filed on December 19, 2018.

Howard & Howard moves to withdraw as counsel for plaintiffs Male Performance Medical Partnership, LLC and Medical Partnership, LLC, arguing that plaintiffs terminated their representation and will be obtaining new counsel. The motion includes a certificate of service stating that a copy of his motion to withdraw was served on plaintiffs by United States mail on December 19, 2018.

Having reviewed and considered the motion, and good cause appearing, the court will grant the motion to withdraw and order plaintiffs to retain a new attorney. Plaintiffs are advised that because they are limited liability companies, they cannot represent themselves and must be represented by an attorney in this action. *See In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). Plaintiffs further are advised that failure to retain an attorney may result in the imposition of sanctions under Local Rule IA 11-8 and/or Rule 16 of the Federal Rules of Civil Procedure.

1  IT IS THEREFORE ORDERED that Howard & Howard Attorneys PLLC's motion to withdraw as counsel for plaintiffs (ECF No. 12) is GRANTED.

IT IS FURTHER ORDERED that Howard & Howard must serve a copy of this order on plaintiffs and must file proof of that service by January 4, 2019.

IT IS FURTHER ORDERED that by January 31, 2019, plaintiffs must retain a new attorney and that attorney must file a notice of appearance in this case.

DATED: December 28, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**