MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2470 St. Rose Pkwy, Suite 307
Henderson, NV 89074
T: 702-473-8406
F: 702-832-0248
eservice@LegalLV.com
*Attorney for Male Performance Medical Partnership, LLC
and Medical Partnership, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MALE PERFORMANCE MEDICAL PARTNERSHIP, LLC, a Wyoming limited liability company, and MEDICAL PARTNERSHIP, LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>79 LLC, a Georgia limited liability company,<br><br>Defendant. | Case No.: 2:18-cv-01731-APG-CWH<br><br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [ECF NO. 22]**<br><br>**(FIRST REQUEST)** |

Plaintiffs Male Performance Medical Partnership, LLC and Medical Partnership, LLC (hereafter "Plaintiffs"), by and through its attorneys of record, Michael N. Beede, Esq. and James W. Fox, Esq., of The Law Office of Mike Beede, and Defendant, 79 LLC (hereafter "Defendant") by and through its counsel of record, F. Christopher Austin, Esq., of Weide & Miller, LTD., hereby stipulate to extend the time for Plaintiffs to respond to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction [ECF 22], filed on June 4, 2019, by **fourteen days** to allow for additional time for Plaintiff to consult with its counsel.

///

///

///

The parties agree that good cause supports an extension and the extension is not for purposes of delay or any other bad faith purpose. This is the first request for an extension of time to respond to this Motion.

The new deadline for the response shall be **July 2, 2019**.

IT IS SO STIPULATED.

DATED this 18th day of June, 2019.

THE LAW OFFICE OF MIKE BEEDE, PLLC

By:/s/ Michael Beede
 MICHAEL BEEDE, ESQ.
 Nevada Bar No. 13068
 JAMES W. FOX, ESQ.
 Nevada Bar No. 13122
 2470 St. Rose Pkwy, Suite 307
 Henderson, NV 89074
 T: 702-473-8406
 *Attorneys for Male Performance Medical Partnership, LLC and Medical Partnership, LLC*

DATED this 18th day of June, 2019.

WEIDE & MILLER, LTD.

By:/s/ Christopher Austin
 F. CHRISTOPHER AUSTIN, ESQ.
 Nevada Bar No. 6559
 10655 Park Run Drive, Suite 100
 Las Vegas, NV 89144
 T: 702-382-4804
 *Attorneys for Philip M. Hays*

**Case Name:** Male Performance Medical Partnership, LLC and Medical Partnership, LLC v. 79 LLC
**Case Number:** 2:18-cv-01731-APG-CWH

## ORDER

The Court, having reviewed the stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the time for Plaintiffs to respond to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 22) be extended fourteen days. The new deadline for the response shall be July 2, 2019.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Dated: June 19, 2019.

Submitted by:
THE LAW OFFICE OF MIKE BEEDE, PLLC

By:/s/ *Michael Beede*
   MICHAEL BEEDE, ESQ.
   Nevada Bar No. 13068
   JAMES W. FOX, ESQ.
   Nevada Bar No. 13122
   2470 St. Rose Pkwy, Suite 307
   Henderson, NV 89074
   T: 702-473-8406
   *Attorneys for Male Performance Medical Partnership, LLC and Medical Partnership, LLC*